**Exhibit A to the Complaint**

**Location:** Ashburn, VA  
**Total Works Infringed:** 41

**IP Address:** 71.178.183.63  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 82A20D92646389449B9F1520AC1FD37AF4ED76A9<br>File Hash: 6E30F8D693568C732B7E031B206F979CCD85AF3F2B0F39DC203B689EA608C792 | 03/06/2021 21:56:59 | Blacked | 02/20/2021 | 03/08/2021 | PA0002280369 |
| 2 | Info Hash: 09BD7BC6F94E7835327B28F5B7A624D68AFE051B<br>File Hash: E72EF575001CBA0EAF058F537AD3266D3603F3759C106B067DFA627EF30ED74D | 03/04/2021 00:35:30 | Blacked Raw | 03/13/2018 | 04/17/2018 | PA0002116738 |
| 3 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 02/24/2021 08:35:00 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 4 | Info Hash: 075816C27A3F4E84A1BEEBF5310033D87F7F7A67<br>File Hash: 37C3E47622E0941492D762438CED4931D04038E0F8030ECF4336189988653F33 | 02/14/2021 00:04:47 | Blacked Raw | 01/25/2021 | 02/09/2021 | PA0002276145 |
| 5 | Info Hash: 998D1702DF27D1ACFCBDFDFB9D8B2F6CF200281D<br>File Hash: DDD6B583F917834E5CF257B28907B3B78D287B6EBC550B567ACFC61862C0B369 | 02/11/2021 04:50:06 | Blacked | 01/16/2021 | 02/09/2021 | PA0002276150 |
| 6 | Info Hash: 27D1857753DEADAE07038B8EBE6285DC41705CB9<br>File Hash: 79F397D37305AF7E1F29077C4F7918EA9B310FEE4270C5D1975F48E7457AD159 | 02/07/2021 20:57:39 | Blacked | 01/09/2021 | 02/09/2021 | PA0002276152 |
| 7 | Info Hash: 850607A48AE7C7A5B7ACC2E924C6BE119D12B001<br>File Hash: FA7E6E38F30898A2295ECF4C22FCA4C395041183F74616035787A2078529B00D | 02/05/2021 01:51:46 | Blacked | 01/02/2021 | 01/05/2021 | PA0002269954 |
| 8 | Info Hash: D90661C4EAF703AD571420CB0E7B68DA96A83C8F<br>File Hash: EC6D90A123469F683033BF6383B5F9752EA070551E408220A225B6352EE6E9B6 | 02/05/2021 01:45:01 | Blacked Raw | 01/04/2021 | 02/02/2021 | PA0002280514 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: F3D94264828DAF861CC58077F311AD19F1300F2E<br>File Hash: 7AD03B1D891897878863AEBB1EC319A83B228DFAE9DA317A510CF1BCAA8DA0E3 | 02/03/2021 02:35:01 | Blacked | 12/26/2020 | 01/05/2021 | PA0002269952 |
| 10 | Info Hash: A278283F6272E595F38E1631666A571E1114F8EA<br>File Hash: 02D0C4A55A052D2EFCF4F9B06BEBCDC4108ECB4629B42B3582FE28BE02657604 | 02/03/2021 02:34:22 | Blacked Raw | 12/28/2020 | 01/05/2021 | PA0002269956 |
| 11 | Info Hash: 08DC95DEAD3515D592454F2806D4CE0163E2D96A<br>File Hash: F74B5744072548D7BEBE78E44E1835A5440F2B1E7FC4D2F8AE747F65DDB0F1B5 | 01/30/2021 21:51:25 | Blacked | 12/19/2020 | 01/05/2021 | PA0002269959 |
| 12 | Info Hash: 724B637D9AD85A90C48E95BF3200FE11B4520420<br>File Hash: ABD1CF9BE94C07E7BA99AD39BA2A1F827B3E71F1677F7CFC5C5731EEFFC66D57 | 01/27/2021 05:27:02 | Blacked | 01/23/2021 | 02/09/2021 | PA0002276146 |
| 13 | Info Hash: 4EFB065D3B9E7A5DA5369BF70FADF3B1192119D6<br>File Hash: 2C29429773BBA5F4ADC6F4E543FE1A698556776657914B00438BBC30FBB29340 | 01/24/2021 03:48:13 | Blacked | 12/05/2020 | 01/04/2021 | PA0002277031 |
| 14 | Info Hash: E40E95D26E54946C5441D1E25AA733CE27D83F25<br>File Hash: 98E30D930D1DF01CD65CDE701D5F8D5764B7B60DE87B85A36121496952934CA3 | 01/16/2021 03:27:43 | Blacked Raw | 11/23/2020 | 12/09/2020 | PA0002274806 |
| 15 | Info Hash: F01900AFFE4FF6DEB6036AAABBE346CED65F7096<br>File Hash: 55C56E6313B724F1A13843E56871A27967BB151ADF83A4C0BFBCB68F08157032 | 01/16/2021 03:27:18 | Blacked Raw | 11/16/2020 | 11/30/2020 | PA0002266360 |
| 16 | Info Hash: 25A89AFEEA21CC02479E2C33520831964FCBEDD9<br>File Hash: 1494804E16AFEC1629371D903BA5C7B4B98823FDDF177789E07E00E5DD297B8C | 01/16/2021 03:27:16 | Blacked | 11/14/2020 | 11/30/2020 | PA0002266362 |
| 17 | Info Hash: 12AAB75A3A3BB64DE4339240DF6D1269CAED426B<br>File Hash: C1E81036C947E3579382E5E77BA638DC7F8D78FDA01629B06263EEEE1D7D9F42 | 01/07/2021 04:41:09 | Blacked Raw | 11/09/2020 | 12/09/2020 | PA0002274940 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: FB1062DEBE9D48CFEC5732E50EF4462C3F741403<br>File Hash: 335EEFDCC5236DD95EA0EB3242E33659D0527EB8DC80CEAB01D6724156A5E8E8 | 01/07/2021 04:40:55 | Blacked | 11/07/2020 | 11/24/2020 | PA0002265966 |
| 19 | Info Hash: 0E6AC56A6AA9D4A9F0D3F9481087369B8E69B747<br>File Hash: 4F818C3B64339FD173AE87F2B923B1F43CE182F2072404141702E784E3BEE5B2 | 01/07/2021 04:39:46 | Blacked Raw | 10/26/2020 | 11/18/2020 | PA0002272624 |
| 20 | Info Hash: AE7D70AB15439F9F5F4063186E1DE036B7346EF6<br>File Hash: CBE43EE8AF85BD7B8B4311E0CD2BC07220BA8B39B95A1F941D71DFB94980DEC6 | 01/07/2021 04:39:42 | Blacked Raw | 11/02/2020 | 11/24/2020 | PA0002265968 |
| 21 | Info Hash: 5EF5E7587779A60CF3BA49CED6EFA0BAA4AE9086<br>File Hash: CCE9ABA0858A8190CAF6D07329F272E63316C702F19E61F27A8B603298B11E7B | 01/03/2021 21:37:02 | Blacked | 10/31/2020 | 11/24/2020 | PA0002265967 |
| 22 | Info Hash: 08E4516F2B10B7116E9DFDC23BAD089C16D51A99<br>File Hash: 59CC496DF2C8E95867635AE3E980F1431D87E8711786E031BF179B341324DF38 | 12/26/2020 01:53:09 | Blacked Raw | 12/21/2020 | 01/05/2021 | PA0002269958 |
| 23 | Info Hash: 42F4FC72BFE526D9442ABCD62F01232B062FAF12<br>File Hash: 70D50A2F962E9E69D64450F1255A37496A84DC51CBC070FC62FD9604E9F44960 | 12/26/2020 01:51:22 | Blacked | 12/12/2020 | 01/04/2021 | PA0002277035 |
| 24 | Info Hash: 20D2DFB8A9D1E65AFF9CB52590761413AC2BD837<br>File Hash: 28B6C550ACA75BFFDB14BB0C16135FBE0D9BAF310C913BD24D8A607501B949B3 | 12/23/2020 02:38:27 | Blacked Raw | 10/19/2020 | 11/05/2020 | PA0002263389 |
| 25 | Info Hash: 4FF32647D7DC0148291EC2BFD9EDE016C8AB72C9<br>File Hash: E2793A4F877F5DDCB57B392B137B0A8683717734A3539904BF176D626C0C17EA | 12/23/2020 02:37:50 | Blacked | 10/17/2020 | 11/05/2020 | PA0002263387 |
| 26 | Info Hash: A78A55819785D5BA5E569101472A4D9E06CF867A<br>File Hash: ADDC73912EE777EB7455915C5BAD3A332E1F6EA951019C2EA1284BE0F356CE0C | 12/16/2020 04:27:32 | Blacked | 10/03/2020 | 10/22/2020 | PA0002261803 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 0E83EC924FC2472D484EC5430E4274751FDCFB77<br>File Hash: 0976FE08AE6D88C925F1422B6AD566332E427CDB63C3A8A7FC89F8B10F38DFD5 | 10/08/2020 03:11:53 | Blacked Raw | 10/05/2020 | 10/22/2020 | PA0002261806 |
| 28 | Info Hash: 4F3CAA9D7D8185F294DFF09E8276BDEC62D8A41C<br>File Hash: 919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 09/10/2020 00:56:00 | Blacked Raw | 08/31/2020 | 09/05/2020 | PA0002255473 |
| 29 | Info Hash: 389D871A4205ED73EEEAF75A276D7D9C8EDF97AF<br>File Hash: 75A10645AD2A4D881341E998952C50CBED5328FA6B3CBE55B286AAF0E7345573 | 08/11/2020 01:52:35 | Blacked Raw | 08/10/2020 | 08/18/2020 | PA0002253097 |
| 30 | Info Hash: CF200D8754F2C358A35BC087A3A9B21F3D7087C1<br>File Hash: 498BD96165111E7484DBA92321D6D173186C2C79354BCB6CB834BE0D70745559 | 07/29/2020 02:01:59 | Vixen | 07/24/2020 | 08/03/2020 | PA0002259166 |
| 31 | Info Hash: 94AEBB55591B13E4DF57924E1A6BEDD3AF8FBC39<br>File Hash: 00D4B0BBD23AE482ADBD7378FCE41F6AD7BEFB9AAB8EC77B8D96282E052878E0 | 07/21/2020 02:18:30 | Blacked Raw | 07/20/2020 | 08/11/2020 | PA0002252263 |
| 32 | Info Hash: BD6060ADF5D506AEDCACA1206C61BE68A531D586<br>File Hash: 9F30B4304A2C6A1ED2825CBA9290B07F573E233F309FFA499F963692B013F452 | 07/19/2020 20:32:15 | Blacked | 07/18/2020 | 08/11/2020 | PA0002252258 |
| 33 | Info Hash: 6E586B4657DEDCFEF85F11B4735EC5F3BE17B0B3<br>File Hash: BCB793B299B4BE45EA14C8F4901A98B4DB9B60C2ED899054FC6C19204ED3AB99 | 07/13/2020 22:31:00 | Blacked Raw | 07/13/2020 | 07/20/2020 | PA0002248963 |
| 34 | Info Hash: 6146ACD481B069D33C0497823A8126115A05BACC<br>File Hash: 23D0F7B0CDCCB3F445FFC4ABF6B7C7700163C6DE4634AB7710677E97CD22AE96 | 06/22/2020 01:01:32 | Blacked | 06/20/2020 | 07/17/2020 | PA0002248594 |
| 35 | Info Hash: E2BA38D564CE1B80BB4C1DDB0181EAB395E64F79<br>File Hash: 567594C66D3EB44E05CA9910A6BA3FCCA70189C1CBE7EB7E43C390AC2A12273B | 06/16/2020 04:18:15 | Blacked Raw | 06/08/2020 | 06/25/2020 | PA0002255509 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: BA5DC3EF8DA5096B1CD1ECD185924F57B28A4BEC<br>File Hash: 7736C751BC525B52E9284AF975AEE6F7CDD09BC6D546AE4D804D5AB0E18A482B | 06/16/2020 04:15:39 | Blacked Raw | 06/15/2020 | 07/17/2020 | PA0002248596 |
| 37 | Info Hash: C6A16AF61498B40015401768A655EC382074206A<br>File Hash: DD8A8D71ACFFA1BA653AC7D4D732594CF015BCBC0D0215827EFF5494950BED19 | 08/19/2019 03:42:58 | Blacked | 08/18/2019 | 09/17/2019 | PA0002216216 |
| 38 | Info Hash: D1876B91ECD43BD0C049CD7C5361BACA062B9308<br>File Hash: DC4BF5004F857D566D46E562C33CAC7E6D83C7887F4ADE14573CCFE397284E90 | 08/10/2019 19:55:31 | Blacked Raw | 08/10/2019 | 09/11/2019 | PA0002199990 |
| 39 | Info Hash: A242B6442EFF788A87243598437FC607ECEDF162<br>File Hash: A63507EAC37162E02D8F648A1A798695DF9EEEAF31B8FFA20EC5571CA3668ACE | 07/30/2019 02:54:08 | Blacked | 07/29/2019 | 09/11/2019 | PA0002214887 |
| 40 | Info Hash: BFE81E71C08212B0FAA48A4DAE08B54087606581<br>File Hash: 7394BDC3A1AEB8C470551DE116CCFC7AC62C69C4376565AB61A7EAAA41311A53 | 07/21/2019 22:16:35 | Blacked Raw | 07/21/2019 | 08/27/2019 | PA0002213243 |
| 41 | Info Hash: 986B362461B8CD0DD39A895A41218E67D5B3B884<br>File Hash: C4607AA13F404543ADE9F84AE35B56662886B40B3076EF64102A0FA0408F4253 | 07/20/2019 04:03:34 | Blacked | 07/19/2019 | 09/10/2019 | PA0002199415 |